IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MANUEL CHAVEZ,

      Plaintiff,

v.                                                                              No. CIV 15-0734 LAM

CAROLYN W. COLVIN,
Acting Commissioner of the Social
Security Administration,

      Defendant.

## SECOND ORDER TO SHOW CAUSE

**THIS MATTER** is before the Court *sua sponte* to consider Plaintiff's failure to respond to the Court's Order to Show Cause [*Doc. 8*] entered on September 2, 2015, which required that Plaintiff, no later than *September 16, 2015*, either file a response to the Order to Show Cause with more information that would justify granting Plaintiff *in forma pauperis* status, or pay the filing fee. As of this date, Plaintiff has not responded to the Court's Order to Show Cause, nor has he paid the filing fee. A district court has the inherent power to dismiss a case, even with prejudice, *sua sponte* for failure to prosecute or for failure to comply with a court order. *See Link v. Wabash R.R. Co.*, 370 U.S. 626, 629-31 (1962); *Olsen v. Mapes*, 333 F.3d 1199, 1204 n.3 (10th Cir. 2003).

**IT IS THEREFORE ORDERED** that, by **October 7, 2015**, Plaintiff shall file a response to this Order showing cause why this case should not be dismissed. ***Plaintiff is hereby***

*notified that failure to respond to this Order may result in dismissal of this case without prejudice without further notice.*

**IT IS SO ORDERED.**

_____
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**